UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNIE LAM, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>GENERAL MILLS, INC.,<br><br>　　　　　　　　　Defendant. | Case No.  11-cv-5056-SC<br><br>[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO JUNE 29, 2012 |

　　　Based upon the reasons stated in the joint case management conference statement filed on May 17, 2012, and for good cause shown,

　　　IT IS HEREBY ORDERED THAT the Initial Case Management Conference, currently scheduled for May 26, 2012, is hereby continued to June 29, 2012, at 10:00 am, Courtroom 1, 17th Floor, U.S. Courthouse, 450 Golden Gate Ave., San Francisco, California 94102.

DATED: May 21, 2012

　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　Honorable Samuel Conti
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

[STAMP: DENIED / Judge Samuel Conti]