**PERKINS COIE LLP**
DAVID T. BIDERMAN  (Bar No. 101577)
JOREN BASS (Bar No. 208143)
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Telephone:  (415) 344-7000
Facsimile:   (415) 344-7050
E-mail:       DBiderman@perkinscoie.com
Email:        JBass@perkinscoie.com

CHARLES C. SIPOS (*Pro hac vice*)
KATHLEEN M. O'SULLIVAN (*Pro hac vice*)
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone:  (206) 359-8000
Facsimile:   (206) 359-9000
E-mail:       CSipos@perkinscoie.com
Email:        KOsullivan@perkinscoie.com

**CARLTON FIELDS**
CHRIS S. COUTROULIS (*Pro hac vice*)
ROBERT L. CIOTTI (*Pro hac vice*)
M. DEREK HARRIS (*Pro hac vice*)
4221 W. Boy Scout Blvd., Suite 1000
Tampa, FL 33607-5780
Telephone:  (813) 223-7000
Facsimile:   (813) 229-4133

Attorneys for Defendant
GENERAL MILLS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANNIE LAM, on behalf of herself, and all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>GENERAL MILLS, INC.,<br><br>   Defendant. | Case No. 11-CV-05056 (SC)<br><br><u>CLASS ACTION</u><br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

1 | Plaintiff Annie Lam and Defendant General Mills, Inc. (collectively the "Parties"), having reached a settlement of all claims between them on an individual basis, stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action hereby is and shall be voluntarily dismissed with prejudice and without costs to either party.

**IT IS SO STIPULATED.**

Dated: January 3, 2013        REESE RICHMAN LLP

By: _____/s/ Michael R. Reese_____
　　　　Michael R. Reese

Attorneys for Plaintiffs

Dated: January 3, 2013        PERKINS COIE LLP

By: _____/s/ Charles C. Sipos_____
　　　　Charles C. Sipos

Attorneys for Defendant
GENERAL MILLS, INC.

IT IS SO ORDERED
Judge Samuel Conti
1/3/13

- 1 -
STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)
NO. 11-CV-05056 (SC)
14577-0071/LEGAL25420836.1

# CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Kim E. Richman    eli@reeserichman.com
Michael Robert Reese    michael@reeserichman.com
Amanda Howell    ahowell@cspinet.org
Stephen Henry Gardner    steve@consumerhelper.com

DATED: January 3, 2013         **PERKINS COIE LLP**

By: /s/ *Charles C. Sipos*
CHARLES C. SIPOS, *Pro hac vice*

Attorneys for Defendant
GENERAL MILLS, INC.

- 2 -

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)
NO. 11-CV-05056 (SC)
14577-0071/LEGAL25420836.1